**Yulanda BRADY, Appellant,**

v.

**ST. LOUIS SCHOOL DISTRICT and Division of Employment Security, Respondents.**

**No. ED 99321.**

Missouri Court of Appeals, Eastern District.

Sept. 24, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 5, 2013.

Christopher M. Stuffle, Saint Louis, MO, for appellant.

Sara Harrison, Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, and GLENN A. NORTON, JJ.

### ORDER

PER CURIAM.

Yulanda Brady ("Claimant") appeals the decision of the Labor and Industrial Relations Commission denying her unemployment benefits. We find that the Commission did not err in denying Claimant unemployment benefits.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The decision of the Commission is affirmed under Rule 84.16(b).